**BLANK ROME LLP**
Harrison Brown (SBN 291503)
harrison.brown@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone:  424.239.3400
Facsimile:   424.239.3434

Attorney for Defendant
FIVE BELOW, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE TORRES,<br><br>              Plaintiff,<br><br>   vs.<br><br>FIVE BELOW, INC.; and DOES 1-10,<br><br>              Defendants. | Case No. 2:24-cv-11229-SSC<br><br>**NOTICE OF SETTLEMENT**<br><br><br>Filed:     December 31, 2024<br>Trial:     Not set |

154013.00008/153842598v.1

No. 2:24-cv-11229-SSC

**NOTICE OF SETTLEMENT**

TO THE COURT:

The parties have reached an agreement in principle to resolve the matter. The parties anticipate 30 days in order to memorialize the settlement.

DATED:  April 24, 2025          BLANK ROME LLP


By: /s/ Harrison Brown
    Harrison Brown
    Attorney for Defendant
    FIVE BELOW, INC.