Matt Valenti, Esq. (State Bar No. 253978)
E-mail: mattvalenti@valentilawapc.com
VALENTI LAW APC
5252 Balboa Avenue, Suite 700
San Diego, CA 92117
Phone: (619) 540-2189

Attorney for Plaintiff Jamie Torres

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE TORRES,<br><br>              Plaintiff,<br><br>    vs.<br><br><br>FIVE BELOW, INC.; and DOES 1-10,<br><br><br><br>              Defendants. | Case No.: 2:24-cv-11229-SSC<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. RULE CIV. PROC. 41 (a)(1)(A)(i) |

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. RULE CIV. PROC. 41 (A)(1)(A)(I) - 1

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff Jamie Torres voluntarily dismisses this action <u>with</u> prejudice as to all Defendants; each party to bear his/her/its own attorneys' fees and costs. The case has been settled.

Respectfully submitted,

DATED:  May 30, 2025                    VALENTI LAW APC


By:  */s/ Matt Valenti*
      Matt Valenti, Esq.
      Attorney for Plaintiff
      Jamie Torres